**Exhibit A**

4

**CITY OF WARNER ROBINS**
**ALCOHOL AND CONTROLLED SUBSTANCE POLICY**

**ATTACHMENT D**

**EMPLOYEE CONSENT AND NOTICE:**
**RANDOM ALCOHOL AND CONTROLLED SUBSTANCE TESTING DUE TO PARTICIPATION**
**IN REHABILITATION PROGRAM OR EMPLOYEE ASSISTANCE SERVICE**

You have entered into a rehabilitation program or Employee Assistance Service. By signing this form you acknowledge that you will cooperate with counselors or the EAP Coordinator and follow any directions they give you, and that you understand you will be subject, upon completion of the program, to random alcohol and controlled substances screening tests for a twelve (12) month period. If you fail to abide by this agreement, you will be terminated consistent with procedural guidelines set forth in the City of Warner Robins Personnel Policies and Procedures.

Date: 3/5/18

Signature: [signed]

Print Name: Gary Lee

Notary: [signed]

Kimberly M Black    3/5/2018

My Commission Expires April 8, 2019

**EXHIBIT 1**