IN THE SUPERIOR COURT OF HOUSTON COUNTY
STATE OF GEORGIA

STATE OF GEORGIA,
Plaintiff

v.                                                    CASE NO.: 2019-C-53602-A

GARY LEE,
Defendant

## AFFIDAVIT OF HANNAH ROZIER

**STATE OF GEORGIA**

**COUNTY OF HOUSTON**

I, Hannah Rozier, having been duly sworn, certify and aver as follows:

1. I am over the age of majority, sui juris, suffering no disabilities, and submit this affidavit voluntarily, based upon my personal knowledge of the facts contained herein.

2. I am a law school graduate from Mercer University.

3. I worked in the Houston County District Attorney's Office ("DA") under George Hartwig.

4. I enjoyed the experience and my colleagues for the most part until my last year working there.

5. During my last year at the Houston County DA's Office, George Hartwig created a toxic work environment due to his misconduct and inappropriate relationship with an employee named Jessica Hehs.

6. To my knowledge, adultery and nepotism were against the law, and it appeared he was engaging in both and putting us all in an uncomfortable position. I believe that many others in the office felt the same way.

EXHIBIT

2

7.   I witnessed many good staff members leave the office because of this situation.

8.   I had many roles while at the DA's Office, but it all changed once George Hartwig began his romance with Jessica Hehs.

9.   George Hartwig set up a policy according to which any case had to have a warrant before the DA would get involved. This was a consistent policy until a gentleman by the name Gary Lee came to my attention.

10.  There was another policy at the DA's Office consisting of not investigating crimes but prosecuting them since the police had already investigated the crimes and recommended charges.

11.  Special warrant presentments were still attached to an original warrant but were added when the prosecuting attorney determined that either the warrant was not the correct charge or other charges needed to be added.

12.  However, in the matter of Gary Lee there was no original warrant that the police had filled out or investigated.

13.  In the matter of Gary Lee, it appeared to me that George Hartwig initiated the case and was after Gary Lee for some reason. In my opinion, Gary Lee's constitutional rights were possibly violated, and I would not participate or support it.

14.  George Hartwig treated the case differently than other cases. He kept the file only to himself and would not allow anybody to see it.

15.  For some reason, he came to me with the file asking me to "find something" on Gary Lee.

16.   I researched the matter and could not find anything on "causing a false report of a crime," especially when there was no police report filed.

17.   In fact, in my eight years working at Houston County DA's Office, I had never seen the charge "causing a false report of a crime" being prosecuted. George Hartwig asked me to keep the case and research a "secret." It was odd that it was so confidential.

18.   I believe Gary Lee was targeted, and selectively prosecuted in this matter.

19.   I did not feel comfortable in bringing this case nor the manner in which it was brought.

20.   It seemed to be driven by George Hartwig and possibly Police Chief Brett Evans for personal or political reasons. It possibly violated Gary Lee's procedural due process rights.

21.   I left the office not only for professional reasons but also because of George Hartwig's unethical behavior in the DA's Office and what I believe to be inappropriate prosecution decisions. I would testify to these matters and one other possibly involving an attempted arrest of Mr. Gary Lee in violation of his constitutional rights.

FURTHER AFFIANT SAYETH NOT.

HANNAH ROZIER

Sworn to and subscribed before me on this 5th day of July 2023.

NOTARY PUBLIC

My commission expires: 1/2/26

AFFIDAVIT OF HANNAH ROZIER                                                    PAGE 3