

# City Council
City of Warner Robins, GA

# PRESS RELEASE

## STATEMENT ON DECISION BY MAYOR PRO TEM KEITH LAURITSEN

By: Council members:
- Clifford Holmes
- Carolyn Robinson
- Larry Curtis
- Tim Thomas
- Daron Lee (with recusal from current employee matter)

May 1, 2019

*Warner Robins, GA* – After discussion and deliberation by council members, the Council of the City of Warner Robins fully and unequivocally supports the decision made by Councilman, and Mayor Pro Tem, Keith Lauritsen, for Mr. Gary Lee to return to his duties as Director of Development. After a formal recusal from Mayor Randy Toms from the appeal process, we believe Mr. Lauritsen made the appropriate decision based on the facts at hand.

Council supports Mr. Lauritsen's decision based on two criteria: (1) Mr. Lauritsen's well established record for independent thought and fairness of process; (2) the facts, as revealed over time in closed session with Council, unequivocally support Mr. Lauritsen's conclusion. Moreover, it is apparently clear that management should have invoked the city's well established "Whistleblower" policy at the onset of this situation and treated this as an administrative issue; not a legal issue. Because of this failure, good city employee's reputations were unnecessarily harmed.

EXHIBIT 3

2 | P a g e

We hasten to point out at this juncture that while as elected public officials, we expect the public scrutiny of the citizenry. The public employees who carry out the day-to-day operations of the city deserve the same level of confidentiality that every citizen expects of their employer. Failure to preserve that confidentially not only raises the appearance of political retaliation, it compromises the city's ability to recruit and retain good talent.

What is abundantly clear to this body is that, in this case, Council must speak out and resolve this issue. Multiple departments where involved including Mayor's office, Human Resources, the Clerk's office, the WRPD and IT. It is also clear that more than one reputation has been unnecessarily tarnished. Multiple memo's and statements to Council indisputably support an established pattern of wrong-doing including, but not limited to, acts of maleficence, HR file tampering, false documents, keys to HR being passed around and failure of due process. Finally, there was a failure to adhere to the Whistleblower policy. Had the correct procedure been invoked, a wrongful indictment could have been avoided.

Consequently, at this time, we, the unanimous city council of the city of Warner Robins, will be looking into the matter in order to establish the truth and appropriate actions needed to resolve this matter. Further details will follow on this effort.

Ultimately, it is our responsibility to protect and serve the best interest of the city and the citizenry that elected us. It is also our responsibility to protect the privacy of city employees in their public service to the city. Failure to do so is detrimental to the citizens best interest and the employees who serve the public. We ask for the support and patience as we seek appropriate and proper resolution to this issue.

#     #     #