**EFILED IN OFFICE**
**SUPERIOR COURT OF HOUSTON COUNTY**
**Accepted Date: 11/27/2023 03:16 PM**
**Case# 2019C0053602**
**Carolyn V. Sullivan, Clerk of Superior Court**

## IN THE SUPERIOR COURT OF HOUSTON COUNTY

### STATE OF GEORGIA

**STATE OF GEORGIA**　　　　　　Indictment No.:　2019-C-53602-A
**VS**
**GARY DEWANE LEE**　　　　　　Charges:
**Defendant**　　　　　　　　　　　　False Report of a Crime
　　　　　　　　　　　　　　　　　　Making a False Statement

### NOLLE PROSEQUI

On motion of George Lipscomb, Assistant District Attorney of the Chattahoochee Judicial Circuit, State of Georgia, and after examination of the case, the above referenced indictment is hereby Nolle Prosequi due to evidence not being sufficient to meet elements of charge defense.

[ X ] *Record is eligible for restriction pursuant to OCGA 35-3-37*

[　] *Record is not eligible for restriction pursuant to OCGA 35-3-37 because*.

Entered this 27th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　JUDGE, S.C.H.J.C.

REQUESTED BY:

GEORGE LIPSCOMB
HOUSTON JUDICIAL CIRCUIT
STATE BAR NO. 453661

Defense Attorney: Preston Lee Haliburton and Charles E Cox, Jr.

**EXHIBIT 4**